## STATE OF CONNECTICUT *v.* EDWARD SMITH

The Supreme Court docket number is SC 16935.

*Eileen F. McCarthy,* assistant state's attorney, in support of the petition.

*David B. Bachman,* special public defender, in opposition.

Decided February 13, 2003

## STATE OF CONNECTICUT *v.* MARCUS GREGORY

*Kent Drager,* senior assistant public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided February 13, 2003

## JIMMIE COOPER *v.* CITY OF NEW HAVEN

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Roger J. Frechette*, in support of the petition.

Decided February 13, 2003

## ALBERT STEPHENS *v.* COMMISSIONER OF CORRECTION

*Thomas B. Pursell*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided February 13, 2003

## STATE OF CONNECTICUT *v.* CARLOS ASHE

*William B. Westcott*, special public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided February 13, 2003